UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 3:13-CR-102 |
| v. | ) | |
| | ) | MATTICE / SHIRLEY |
| JERIS COKER, | ) | |
| Defendant. | ) | |

# O R D E R

United States Magistrate Judge C. Clifford Shirley, Jr., filed a Report and Recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the single-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 41]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 41] pursuant to 28 U.S.C. §636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Indictment;

1

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 22, 2014 at 11:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr., United States District Judge, in Knoxville, Tennessee.

      */s/Harry S. Mattice, Jr.*
      HARRY S. MATTICE, JR.
      UNITED STATES DISTRICT JUDGE